FILED
SUPERIOR COURT
OF GUAM
2013 SEP 12 PM 12: 21
CLERK OF COURT
BY:



IN THE SUPERIOR COURT OF GUAM

DATA MANAGEMENT RESOURCES LLC, )
)
)
                Petitioner, )
)
          v. )
)
OFFICE OF PUBLIC ACCOUNTABILITY, )
)
)
                Respondent, )
)
GUAM DEPT. OF EDUCATION, )
)
      Real Party in Interest. )

CASE NO. SP0108-11

**DECISION AND ORDER RE: MOTION FOR DISQUALIFICATION**

This matter came before the Honorable Alberto C. Lamorena, III, on August 9, 2013 on Petitioner's Objection to this Court presiding over the proceedings. Attorney Jacqueline Terlaje represented Petitioner. Attorney Anthony Camacho represented Respondent. Attorney Rebecca Perez represented Real Party in Interest. The Court now issues its Decision and Order.

## FACTUAL BACKGROUND

On May 14, 2013, this Court issued its Notice of Disqualifying Facts pursuant to 7 G.C.A. §§ 6105- 6106. On August 9, 2013, Petitioner filed a motion to disqualify this Court from presiding over the above-captioned matter. There is no opposition to the motion.

## CONCLUSION

There being no opposition to the Motion to Disqualify the Court from the above-captioned matter, Defendants' Motion is hereby **GRANTED** and the matter will be put before another Court pursuant to 7 G.C.A. § 6107.

//

//

It is **SO ORDERED** this 11th day of September, 2013.

Original Signed By:
Hon. Alberto C. Lamorena III

SEP 1 1 2013

HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of
clerk of the Superior Court of Guam

SEP 12 2013

Amando D. Quitoriano
Deputy Clerk, Superior Court of Guam